IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KINGVISION PAY-PER-VIEW, LTD.,**<br>     **Plaintiff,**<br><br>     **v.**<br><br>**PALMATORY ENTERTAINMENT, INC.,**<br>**d/b/a THE WAVERLY, et al.,**<br>     **Defendants.** | **CIVIL ACTION NO. 02-2796** |

**O R D E R**

      **AND NOW,** this 6th day of August, 2002, upon consideration of the attached request dated August 2, 2002, it is hereby **ORDERED** that plaintiff shall forthwith serve the complaint and advise the court when it has done so.  Further proceedings are governed by the court's order of July 31, 2002.

      BY THE COURT:

      _____
      **MARVIN KATZ, S.J.**